UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE MEDINA ESCOBAR,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE ET AL.,<br><br>Defendant. | CASE NO. 2:26-cv-00392-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's Motion for Service (Dkt. # 4) and Motion for Extension of Time (Dkt. # 5). Having reviewed the motions, the Court finds good cause to extend the time to complete service under Federal Rule of Civil Procedure 4(m). It also finds that service by U.S. Marshals may be appropriate in this case pursuant to Federal Rule of Civil Procedure 4(c)(3). Accordingly, the Court:

(1) GRANTS the motion at Dkt. # 5 and EXTENDS the time for service until September 1, 2026.

(2) PROVISIONALLY GRANTS the motion at Dkt. # 4. Plaintiff is DIRECTED to provide the Court with a brief description of the efforts he has taken to effectuate service to date, a completed USM-285 form for each Defendant, and a completed

ORDER - 1

summonses for each Defendant on or before June 30, 2026.  Upon receipt of these documents, the Court shall direct service.

Dated this 1st day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2