UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE MEDINA ESCOBAR, | CASE NO. 2:26-cv-00392-JHC |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES POSTAL SERVICE ET AL., | |
| Defendants. | |

Before the Court is Plaintiff's motion for limited early discovery.  Dkt. # 7.  Based on *Malibu Media, LLC v. Doe*, 319 F.R.D. 299 (E.D. Cal. 2016), and the authorities cited therein, the Court GRANTS the motion in part and allows Plaintiff to seek the discovery at issue from Defendant United States Postal Service.  But it does not appear that Plaintiff has yet served that Defendant.  To obtain the requested discovery, then, Plaintiff must first serve Defendant United States Postal Service and then follow the Federal Rules of Civil Procedure and the Local Civil Rules regarding discovery.  The Court GRANTS Plaintiff leave to conduct such discovery until September 1, 2026.  It also EXTENDS Plaintiff's deadline to serve Defendant "John Doe" until October 1, 2026.

//

ORDER - 1

Dated this 8th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2