UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE MEDINA ESCOBAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES POSTAL SERVICE ET AL.,<br><br>　　　　　Defendants. | CASE NO. 2:26-cv-00392-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The Court has received Plaintiff's Request for Ruling on Pending Motion for Service of Process by the U.S. Marshal Service. Dkt. # 9. But there is no such pending motion. *See generally* Dkt.; *see also* Dkt. # 6 (resolving Plaintiff's motions at Dkt. ## 4 & 5); Dkt. # 8 (resolving Plaintiff's motion at Dkt. # 7). The Court has also already provisionally granted Plaintiff's request for service but stated that it will not direct service unless and until it is provided with certain documents from Plaintiff. *See* Dkt. # 6. Plaintiff is thus advised to review the Court's Orders at Dkt. ## 6 & 8 and comply with all directions therein before filing any additional motions or requests for the Court to direct service of

MINUTE ORDER - 1

process.  Plaintiff is also advised that any requests for court action should be submitted as a motion, not a "request."

Dated this 16th day of July 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2