UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE MEDINA ESCOBAR,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE ET AL.,

Defendants.

CASE NO. 2:26-cv-00392-JHC

ORDER

Before the Court is Plaintiff's Motion to Stay. Dkt. # 13. Having reviewed the motion, the Court does not find good cause to stay. While acknowledging Plaintiff's pro se status and sympathetic to the medical issues that Plaintiff is facing, the Court also notes that to manage its docket effectively, it must impose deadlines on litigants and require them to meet those deadlines. Here, the Court has already granted Plaintiff multiple extensions to the service deadlines. *See generally* Dkt. And Plaintiff has failed to fully comply with the Court's orders. *See id*. It has also now been more than seven months since this action was filed, with service still partially incomplete. Accordingly, the Court believes that a stay is inappropriate at this time and so it DENIES Plaintiff's motion (Dkt. # 13).

Nothing in this order, however, should be read to preclude Plaintiff from seeking voluntary dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a).

Dated this 18th day of September, 2026.

John H. Chun
United States District Judge