UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE MEDINA ESCOBAR,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE ET AL.,<br><br>Defendants. | CASE NO. 2:26-cv-00392-JHC<br><br>ORDER |

This matter comes before the Court sua sponte.

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant with a summons and a copy of the complaint within 90 days after the complaint is filed. If service is not effectuated in this timeframe, the court "must dismiss the action without prejudice against that defendant," unless Plaintiff can show good cause. *Id.*; *see also Crowley v. Bannister*, 734 F.3d 967, 975 (9th Cir. 2013) ("[N]otice to the plaintiff must be given prior to *sua sponte* dismissal.") (citation omitted). Federal Rule of Civil Procedure 4(l) further provides that "[u]nless service is waived, proof of service must be made to the court." Without proof of service, the court cannot assume that service has been properly effectuated and must dismiss the action without prejudice under Rule 4(m).

Here, Plaintiff filed the Complaint on February 3, 2026. Dkt. # 1. In May, Plaintiff filed a motion for extension of time to complete service (Dkt. # 5) and a motion for service by the U.S. Marshals (Dkt. # 4). The Court granted the extension and provisionally granted the motion for service by the U.S. Marshals on the condition that Plaintiff provide the Court with certain information to effectuate service. *See* Dkt. # 6. The Court has not received the requested information, despite numerous reminders to Plaintiff that it cannot direct service by the U.S. Marshals until it receives such information. *See* Dkt. ## 8, 10, & 16. The Court has also provided Plaintiff with two additional extensions to the service deadline. Dkt. ## 8 & 16. And on October 2, 2026, it informed Plaintiff that "any Defendant not served by November 2, 2026, will be dismissed from this action without prejudice." Dkt. # 16 at 2.

To date, Plaintiff has not filed any proof of service with the Court. *See generally* Dkt. Nor has Plaintiff indicated that service will be effectuated soon or that he intends to comply with the Court's directives concerning service by the U.S. Marshals. *See id.* Meanwhile, this action has been pending for nine months, Plaintiff has filed multiple motions and received multiple extensions to the service deadline, and the Court has repeatedly informed Plaintiff of the need to complete service for this action to proceed. *See id.* Accordingly, the Court concludes that dismissal under Rule 4(m) is appropriate, and so it DISMISSES this action without prejudice.

Dated this 3rd day of November, 2026.

John H. Chun
United States District Judge